■ Jason Arroyo et al., Respondents, v Christopher J. Fox, Appellant, et al., Defendant. [938 NYS2d 455]

Contrary to the appellant's contentions, the jury verdict finding that the plaintiff Jason Arroyo sustained a serious injury under the 90/180-day category of Insurance Law § 5102 (d) was legally sufficient, as it was supported by a valid line of reasoning and permissible inferences (*see Cohen v Hallmark Cards*, 45 NY2d 493, 499 [1978]). The jury verdict was not contrary to the weight of the evidence, as it was based on a fair interpretation of the evidence (*see Lolik v Big V Supermarkets*, 86 NY2d 744, 746 [1995]). Moreover, the jury award for past pain and suffering was not excessive and did not deviate materially from what would be considered reasonable compensation under the facts of this case (*see* CPLR 5501 [c]). Rivera, J.P., Dickerson, Chambers and Austin, JJ., concur.